IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAMUEL STROTHER,

     Plaintiff,

v.                                     CASE NO. 4:08-cv-00391-MP-WCS

WALTER McNEIL,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 17, Report and Recommendation of the

Magistrate Judge, which recommends that Plaintiff's motion for a temporary restraining order

and preliminary injunction, Doc. 16, be denied.  Plaintiff has not filed an objection to the

Magistrate's Report, and the time to do so has passed.  Upon consideration, the Court agrees

with the Magistrate that the motion should be denied.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     1.     The Report and Recommendation of the Magistrate Judge, Doc. 17, is ADOPTED
and incorporated herein.

     2.     Plaintiff's motion for a temporary restraining order and preliminary injunction,
Doc. 16, is DENIED.

     3.     This case is REMANDED to the Magistrate Judge for further proceedings.

     **DONE AND ORDERED** this   *9th* day of February, 2009

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge